

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEE ORTIVEZ, et al | * | |
| | * | |
| v. | * | CIVIL NO. A-01-CA-352 SS |
| | * | |
| CAVCO INDUSTRIES, et al | * | |

## ORDER

The above captioned cause, having been removed to this Court on June 4, 2001 from County Court at Law of Hays County, Texas, Cause No. 6708-C, and the Court being of the opinion that a copy of the complete record in this case is necessary;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, if it has not done so, shall within 10 days from the date of this order, furnish to the U.S. District Clerk's Office, in duplicate, a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

ENTERED this 7th day of June, 2001.

_____
UNITED STATES DISTRICT JUDGE