IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

JUN 1 2 2001

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
              DEPUTY CLERK

LEE ORTIVEZ and ERLINDA ORTIVEZ,

Plaintiffs,

-vs-

Case No. A-01-CA-352-SS

CAVCO INDUSTRIES, L.L.C., CRG HOLDINGS, L.L.C. d/b/a Cavco Home Center, ROBERT ORTIZ d/b/a Tractorworks, and CHASE MANHATTAN BANK, USA, N.A.,

Defendants.

## ORDER

BE IT REMEMBERED on the 11th day of June 2001 the Court reviewed the file in the above-styled cause, and noting defendants made an appearance in the case, the Court enters the following order:

IT IS ORDERED that the parties confer and submit a proposed scheduling order for the Court's consideration by **August 7, 2001,** pursuant to Local Rule CV-16(a). A form of scheduling order is available at www.txwd.uscourts.gov/rules/stdord/Austin/sched-ss. Failure to do so may result in the Court's entering its own scheduling order with expedited deadlines.

SIGNED this the 11th day of June 2001.

_____
UNITED STATES DISTRICT JUDGE